# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No.  2:25-cr-20240-TLP |
| ) | |
| LEO BEARDEN, ) | |
| ) | |
| Defendant. ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have Leo Bearden, FBI# 986328HA3, now being detained in the Shelby County Jail, appear before Honorable Tu M. Pham, October 3, 2025, at 1:30am for Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 26th day of September 2025.

*s/ Jennifer Musslewhite*
**Jennifer Musselwhite**
**Assistant U. S. Attorney**

Upon consideration of the foregoing Application, TYREECE MILLER, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TENNESSEE; SHERIFF FLOYD BONNER, JR., SHELBY COUNTY JAIL, MEMPHIS, TENNESSEE.

**YOU ARE HEREBY COMMANDED** to have Leo Bearden, FBI# 986328HA3, appear before the Honorable Tu M. Pham at the date and time aforementioned.

ENTERED this 29th day of September 2025.

s/Charmiane G. Claxton
**Honorable Charmiane G. Claxton**
**United States Magistrate Judge**

"If for some reason this inmate is no longer in your custody and/or has been transferred to another facility please advise the requesting Assistant United States Attorney."